FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  BONNIE SUDDERTH

JUSTICES
  ELIZABETH KERR
  J. WADE BIRDWELL
  DABNEY BASSEL
  DANA WOMACK
  MIKE WALLACH
  BRIAN WALKER

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  CLARISSA HODGES

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  REBECCA E. HEINEMANN

May 1, 2025

Steven W. Conder
Assistant Criminal District Attorney
Tim Curry Criminal Justice Center
401 W. Belknap St., 4th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Hon. Robert P. Brotherton
Senior District Judge
Tim Curry Criminal Justice Center
401 W. Belknap, 5th floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Building
100 N. Calhoun, 4th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Criminal District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap, 3rd Floor
Fort Worth, TX 76196-0402
* DELIVERED VIA E-MAIL *

James Michael Tesi

RE:      Court of Appeals Number:    02-25-00076-CR
         Trial Court Case Number:    1261606

Style:   James Michael Tesi
         v.
         The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause. Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

FILE COPY

Respectfully yours,

CLARISSA HODGES, CLERK

/s/ Clarissa Hodges